**No. 53333.**—M. Segerman *v.* United States, protest 58490–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of mah jong sets similar in all material respects to those the subject of Abstract 51959, the claim at 20 percent under paragraph 1558 was sustained.